ORDERED UNSEALED on 01/02/2024   s/ dmartinez

**FILED**

Jun 02 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ MariaF          DEPUTY



# SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>LUIS ALFREDO GARIBAY-FELIX (1),<br> aka El Wicho,<br> aka El Wicho Garibay,<br> aka Jose Luis,<br>IVAN OMAR FIERROS-MORALES (2),<br>MARIO FRANCISCO ZARATE-LORENZO(3),<br> aka Pancho,<br> aka Mario Francisco Zarate Jr.,<br><br><br>         Defendants. | Case No. __'22 CR1240 W__<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Fentanyl; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

The grand jury charges:

### Count 1

Beginning on a date unknown to the grand jury and continuing up to December 31, 2020, within the Southern District of California and elsewhere, defendants LUIS ALFREDO GARIBAY-FELIX (1), aka El Wicho, aka El Wicho Garibay, aka Jose Luis, Ivan OMAR FIERROS-MORALES (2), and MARIO FRANCISCO ZARATE-LORENZO (3), aka Pancho, aka Mario Francisco Zarate Jr., did knowingly and intentionally conspire together and with

VPW:JSS:cms:San Diego:6/2/22

other persons known and unknown to the grand jury, to distribute controlled substances, to wit: 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## FORFEITURE ALLEGATIONS

1.    The allegations contained in Count 1 of this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.    Upon conviction of the felony offense alleged in Count 1 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants LUIS ALFREDO GARIBAY-FELIX (1), aka El Wicho, aka El Wicho Garibay, aka Jose Luis, IVAN OMAR FIERROS-MORALES (2), and MARIO FRANCISCO ZARATE-LORENZO (3), aka Pancho, aka Mario Francisco Zarate Jr. shall, upon conviction, forfeit to the United States all rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count 1 of this Indictment.

3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

2

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: June 2, 2022.

RANDY S. GROSSMAN
United States Attorney

By: _____
for JOSEPH S. SMITH, JR.
Assistant U.S. Attorney

By: _____
VICTOR P. WHITE
Assistant U.S. Attorney

3